HARDY E. PETERS, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $8,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPH LAMM, Respondent, v. CITY OF BUFFALO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ADELE LAMM, Respondent, v. CITY OF BUFFALO, Appellant.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BERTHA McCALE, Respondent, v. CITY OF ROME, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN T. WILLIAMSON, Respondent, v. JOHN CASA-EGUIA, Appellant, Impleaded with Another.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WALTER F. HEALY and Another, Respondents, v. J. VERNON WANTSHOUSE, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

DAVID COHN, Respondent, v. GERSH REALTY CORPORATION and Others, Defendants. ABRAHAM MASON and Another, Appellants.— Motion to amend order entered May 8, 1929, so as to provide that the appellants shall recover from respondent the printing disbursements on the appeal denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES O. SEBRING, Respondent, v. MUNSON B. DOUD and Others, as Assessors of the City of Corning, N. Y., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CLAUDE P. HALL, Respondent, v. NELS A. JOHNSON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

EMIL SZABO and Another, Appellants, v. HELEN ROGALSKI, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SAMUEL D. SOLOMON, Appellant, v. ANNA BENNETT, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.